GREEN BUS LINES, INC., Appellant, v. OCEAN ACCIDENT AND GUARANTY CORPORATION, LTD., Respondent. (Appeal No. 1.) — Motion for leave to appeal to the Court of Appeals granted. [See *ante*, p. 851.] The following question is certified: Under the facts set forth in the record is the plaintiff entitled to summary judgment for the relief demanded in the complaint? Present — Lazansky, P. J., Hagarty, Johnston, Adel and Taylor, JJ.

GUARANTY TRUST COMPANY OF NEW YORK, as Trustee under the First Mortgage of Steinway Railway Company of Long Island City, Dated April 1, 1892, Plaintiff, v. NEW YORK & QUEENS COUNTY RAILWAY COMPANY and Others, Defendants. THE UNITED STATES OF AMERICA, Intervenor, Appellant; SLAUGHTER W. HUFF and ROBERT C. LEE, as Receivers of Steinway Railway Company, Respondents.— Motion for leave to appeal to the Court of Appeals denied. Present — Lazansky, P. J., Hagarty, Johnston, Adel and Taylor, JJ.

MARGARET HEGEMAN, Respondent, v. SEYMOUR HEGEMAN and Another, Defendants; STEVE HEGEMAN, Appellant.— Motion for reargument or, in the alternative, that the order on reversal herein be amended, denied, without costs. Present — Lazansky, P. J., Hagarty, Johnston, Adel and Taylor, JJ.

In the Matter of JACOB N. BROUDY, an Attorney and Counselor at Law.— Motion for reinstatement as an attorney and counselor at law granted. [See 254 App. Div. 751.] Present — Lazansky, P. J., Hagarty, Johnston, Adel and Taylor, JJ.